

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2021

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's notice of appeal was due by April 15, 2021 and was not filed until April 20, 2021. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). On October 8, 2021, we ordered appellant to file a response presenting a reasonable explanation for his failure to timely file the notice of appeal. Although this court received letters from appellant on October 12, 2021 and November 3, 2021, neither letter presented the explanation required by our October 8, 2021 order. We therefore **ORDER** appellant to file, **by December 13, 2021**, a written response that presents a reasonable explanation for:

(1) appellant's failure to file the notice of appeal in a timely manner; and
(2) appellant's failure to comply with our October 8, 2021 order.

If appellant does not file a written response addressing both of these issues by the date stated in this order, we will dismiss this appeal for want of prosecution and for failure to comply with this order. TEX. R. APP. P. 42.3(b), (c).

_____
Beth Watkins, Justice